IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| vs. | * | CRIMINAL NO. 14-00299-WS |
| HIAWATHA ROBINSON, JR., | * | |
| Defendant. | * | |

ORDER OF DETENTION

Defendant Hiawatha Robinson, Jr. appeared with counsel before this Court on December 22, 2014 for an initial appearance/arraignment pursuant to the Federal Rules of Criminal Procedure and a detention hearing pursuant to 18 U.S.C. §3142.  U.S. Pretrial Services reported that Defendant has an unmade bond set by state officials in connection with pending state charges. Counsel for the Government and Defendant agreed that the issue of release is moot in light of Defendant's inability to satisfy the state bonds.  Accordingly, the undersigned finds that the issue of release is **MOOT** at this time.  Defendant shall be detained pending trial.

Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On Order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

If Defendant is able to satisfy or otherwise resolve the state bonds, upon motion of defense counsel, this action will be set immediately for a detention hearing.

DONE this the 22nd day of December, 2014.

                                                s/KATHERINE P. NELSON
                                        UNITED STATES MAGISTRATE JUDGE