IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 14-0299-WS |
| | ) |
| HIAWATHA ROBINSON, JR., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On January 7, 2015, defendant, Hiawatha Robinson, Jr., filed a Motion to Transfer Trial to the Northern Division of the Southern District with a Jury Selected from a Panel of Northern District [*sic*] Residents (doc. 16).  The Government is **ordered** to file a response to this Motion, supported by legal authorities as appropriate, on or before **January 16, 2015.**  Defendant will be allowed until **January 23, 2015** to file a reply.  If the Court determines that an evidentiary hearing or oral argument is necessary, the parties will be notified and a hearing will be scheduled.  Otherwise, the Motion will be taken under submission after **January 23, 2015**.

DONE and ORDERED this 8th day of January, 2015.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE