IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CRIMINAL NO. 14-00299 |
| | * | |
| HIAWATHA ROBINSON, JR. | * | |

## REQUEST FOR ORDER TO BRING DEFENDANT TO PRETRIAL CONFERENCE

Defendant, Hiawatha Robinson, Jr., by and through undersigned counsel moves this Court to Order the U.S. Marshal's Office to transport defendant to Court on Tuesday, February 10, 2015 by 9:00 a.m. in order for him to attend his pretrial conference.

Respectfully submitted,

S/T. JEFFERSON DEEN, III
P.O. Box 2705
Mobile, Alabama 36652
(251) 433-5860

## Certificate of Service

I do hereby certify that I have on this the 3rd day of February, 2015, electronically filed the foregoing with the Clerk of Court.

S/T. JEFFERSON DEEN, III